UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
WEILY L. BOKEL,

                      Plaintiff,

-against-

NYPD PROPERTY CLERK DIVISION,
ITS SUCCESSOR AND ASSIGNS; and
THE UNITED STATES OF AMERICA,

                      Defendants.
-----------------------------------------------------------------X

JUDGMENT
06-CV-2849 (SLT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 1 1 2008 ★
BROOKLYN OFFICE

       A Memorandum and Order of Honorable Sandra L. Townes, United States District Judge, having been filed on April 3, 2008, denying as moot the plaintiff's motion for return of property; it is

       ORDERED and ADJUDGED that plaintiff take nothing of the defendants; and that the plaintiff's motion for return of property is denied as moot.

Dated: Brooklyn, New York
       April 10, 2008

                                                s/ RCH
                                                ROBERT C. HEINEMANN
                                                Clerk of Court